UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Manuel MEJIA, a.k.a. El Feo,
a.k.a. Catan, Defendant–
Appellant.

No. 08–16293

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 25, 2009.

Before: TJOFLAT, PRYOR and HILL,
Circuit Judges.

PER CURIAM:

Mark A. Goettel, appointed counsel for Jose Mejia, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Mejia's conviction and sentence are **AFFIRMED.** Mejia's motion for appointment of counsel is **DENIED** as moot.